## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JAMES D. STALNAKER, JR.,**
**JORJEAN D. STALNAKER-RETZLOFF, and**
**JEFF D. STALNAKER, individually and as**
**Estate Administrator of James D. Stalnaker, Sr.**                **PLAINTIFFS**

V.                                    4:12CV00650 JMM

**WELLS FARGO HOME MORTGAGE, INC.,**
**WELLS FARGO BANK, N.A.**                                  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this day, Judgment is hereby entered in favor of the Defendants Wells Fargo Home Mortgage, Inc. and Wells Fargo Bank, N.A.

IT IS SO ORDERED this 3rd day of September, 2013.

_____
James M. Moody
United States District Judge